**Order entered July 24, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00219-CR

**ANDREW SCOTT LOTT, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-1240454-M**

## ORDER

The Court **GRANTS** court reporter Belinda G. Baraka's motion for extension of time to file the reporter's record.

We **ORDER** Ms. Baraka to file the reporter's record within **THIRTY DAYS** from the date of this order.

/s/     CAROLYN WRIGHT
CHIEF JUSTICE